UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EXERGEN CORPORATION, | ) | Civil Action No. |
| | ) | 1:08-cv-11416-DPW |
| Plaintiff, | ) | |
| | ) | |
| – against – | ) | |
| | ) | |
| KIDZ-MED, INC., AMERICAN SCIENTIFIC | ) | |
| RESOURCES, INC. AND TECNIMED SRL, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF RICHARD C. YESKOO IN SUPPORT OF THE MOTION OF YESKOO HOGAN & TAMLYN, LLP AND MCGOWAN & ASSOCIATES TO WITHDRAW AS COUNSEL TO DEFENDANTS KIDZ-MED, INC. AND AMERICAN SCIENTIFIC RESOURCES, INC.**

RICHARD C. YESKOO certifies under penalty of perjury as follows:

1. I am a member of Yeskoo Hogan & Tamlyn, LLP and have been admitted pro hac vice to represent defendants Kidz-Med, Inc. and American Scientific Resources, Inc. I make this certification in support of the motion of Yeskoo Hogan & Tamlyn, LLP and McGowan & Associates to withdraw as counsel to Defendants Kidz-Med, Inc. and American Scientific Resources, Inc.

3. Counsel for Exergen has stated that it has no objection to this motion.

4. Kidz-Med is a wholly owned subsidiary of defendant ASR, which is a publicly traded company. A portion of ASR's latest financial disclosure filed with the SEC is annexed hereto as Exhibit 1.

5. Defendants Kidz-Med and American Scientific Resources have told me that they do not have the resources to continue to pay for the defense of this action, and given permission for us to withdraw. ASR had planned to finance the legal fees owing

1

and future fees through sale of its stock. However, the stock price has declined from 40 cents per share earlier this year to one half of one cent, making its total market capitalization less than $400,000 and further stock sales infeasible. Its most recent SEC filing states that for the nine months ending September 30, 2011, ASR had current liabilities that exceeded current assets by $6,111,788, had incurred a net loss of $6,927,652, and was cash flow negative. In addition, ASR remains in default of $2,209,377 in promissory notes and over $1,000,000 in other liabilities, including our legal fees. Its accountants have stated that there is "substantial" doubt about the Company's ability to continue as a going concern

6. I have additional, non-public information about the Company's financial condition which, if the Court desires, can be submitted <u>in camera</u>.

7. Granting this motion will not delay the prosecution of the case. Discovery had concluded and the Court has conducted a Markman hearing. If this motion is granted, ASR will have ample time to retain new counsel before any further work on its part is required.

_____
Richard C. Yeskoo

# EXHIBIT 1

10-Q 1 v236364_10q.htm QUARTERLY REPORT

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended: **September 30, 2011**

or

☐ **TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 333-171789

**AMERICAN SCIENTIFIC RESOURCES, INCORPORATED**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **14-1820954** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1112 Weston Road, Unit 278**
**Weston, FL 33326**
(Address of principal executive offices)

**(847) 386-1384**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
Yes ☐ No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act)
Yes ☐ No ☒

As of November 18, 2011, there were 30,088,761 shares of the registrant's common stock issued and outstanding.

## TABLE OF CONTENTS

### PART I – FINANCIAL INFORMATION

| | | |
|---|---|---|
| Item 1. | Financial Statements. | 1 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 34 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk. | 42 |
| Item 4. | Controls and Procedures. | 43 |

### PART II – OTHER INFORMATION

| | | |
|---|---|---|
| Item 1. | Legal Proceedings. | 44 |
| Item 1A. | Risk Factors. | 44 |
| Item 2 | Unregistered Sales of Equity Securities and Use of Proceeds. | 44 |
| Item 3 | Defaults Upon Senior Securities. | 44 |
| Item 4. | (Removed and Reserved). | 44 |
| Item 5. | Other Information. | 44 |
| Item 6. | Exhibits. | 44 |
| Signatures | | 45 |

AMERICAN SCIENTIFIC RESOURCES, INCORPORATED
CONDENSED CONSOLIDATED BALANCE SHEETS

|  | (Unaudited) September 30, 2011 | December 31, 2010 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash | $ 19,618 | $ 15,924 |
| Accounts receivable, net | 158,024 | 81,500 |
| Inventory, net | 290,000 | 201,010 |
| Inventory purchase deposits | 36,900 | 86,700 |
| Prepaid expenses and other current assets | 130,823 | 26,184 |
| Total current assets | 635,365 | 411,318 |
| Fixed assets, net | 28,648 | 17,656 |
| Patent, net | 597,151 | 639,138 |
| Total Assets | $ 1,261,164 | $ 1,068,112 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | |
| **Current Liabilities:** | | |
| Accounts payable and accrued expenses | $ 1,069,109 | $ 1,015,119 |
| Accrued interest payable | 830,949 | 618,340 |
| Deferred revenue | 4,818 | 26,368 |
| Promissory notes payable, net of discount | 1,212,604 | 599,062 |
| Related party advances and notes payable | 159,430 | 159,430 |
| Other current liability | 350,000 | 350,000 |
| Obligation to issue common stock | 85,000 | 70,000 |
| Derivative instruments | 637,506 | 1,118,523 |
| Convertible promissory notes, net of discounts, with premiums | 2,397,737 | 1,604,000 |
| Total current liabilities | 6,747,153 | 5,560,842 |
| Contingent note payable from patent purchase, net of discount | 857,791 | 965,543 |
| Convertible promissory notes, with premiums | 1,551,285 | 227,372 |
| Liability for contingent compensation | 59,405 | 43,519 |
| Total liabilities | 9,215,634 | 6,797,276 |
| Commitments and contingencies | - | - |
| **Shareholders' deficit:** | | |
| Series A preferred stock, $.0001 par value; 500,000 shares authorized at December 31, 2010; 50,000 and 0 shares outstanding at September 30, 2011 and December 31, 2010, respectively | 5 | - |
| Series B convertible preferred stock, $.0001 par value; 500,000 shares authorized at September 30, 2011 and December 31, 2010; none outstanding | - | - |
| Common stock, $.0001 par value; 500,000,000 and 2,500,000,000 shares authorized; 20,770,452 and 10,726,440 shares issued and outstanding at September 30, 2011 and December 31, 2010, respectively (2011 share issuances adjusted for the March 21, 2011, 200-to-1 reverse common stock split) | 2,077 | 214,524 |
| Additional paid-in capital | 26,043,491 | 21,128,703 |
| Accumulated deficit | (34,000,043) | (27,072,391) |
| Total shareholders' deficit | (7,954,470) | (5,729,164) |
| Total liabilities and shareholders' deficit | $ 1,261,164 | $ 1,068,112 |

*See accompanying Notes to Interim Condensed Consolidated Financial Statements.*

3

AMERICAN SCIENTIFIC RESOURCES, INCORPORATED
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
For the Three and Nine Months Ended September 30, 2011 and 2010
(Unaudited)

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2011 | 2010 | 2011 | 2010 |
| Product sales, net | $ 439,644 | $ 265,810 | $ 763,020 | $ 578,961 |
| Cost of goods sold | (333,559) | (139,536) | (568,756) | (316,348) |
| Inventory adjustment | - | (122,744) | - | (185,938) |
| Gross profit | 106,085 | 3,530 | 194,264 | 76,675 |
| Operating, sales and administrative expenses | (669,241) | (1,158,440) | (3,838,818) | (2,478,115) |
| Net loss from operations | (563,156) | (1,154,910) | (3,644,554) | (2,401,440) |
| Other income (expense): | | | | |
| Interest expense | (479,708) | (393,325) | (1,715,050) | (1,797,305) |
| Change in fair value of derivative instruments | 2,257,627 | 69,666 | 1,439,082 | 932,624 |
| Loss on settlement of debt | - | - | - | (478,262) |
| Loss on extinguishment of debt | (2,227,437) | - | (2,227,437) | - |
| Beneficial conversion features | - | (580,000) | - | (580,000) |
| Amortization of debt premium | 284,061 | - | 284,061 | - |
| Charge resulting from triggered anti-dilution provisions within financial instruments | - | (416,794) | (854,560) | (416,794) |
| Other expenses | (56,295) | (18,500) | (209,194) | (46,460) |
| Total other income (expense) | (221,752) | (1,338,953) | (3,283,098) | (2,386,197) |
| Net loss applicable to common shareholders | $ (784,908) | $ (2,493,863) | $ (6,927,652) | $ (4,787,637) |
| Weighted average number of common shares outstanding, basic and diluted (2010 pro forma adjusted for 200-to-1 reverse common stock split) | 16,060,162 | 9,551,002 | 13,991,863 | 9,624,200 |
| Basic and diluted net loss per common share | $ (0.05) | $ (0.26) | $ (0.50) | $ (0.50) |

*See accompanying Notes to Interim Condensed Consolidated Financial Statements.*

4

AMERICAN SCIENTIFIC RESOURCES, INCORPORATED
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
For the Nine Months September 30, 2011 and 2010
(Unaudited)

|  | 2011 | 2010 |
|---|---:|---:|
| Cash flow from operating activities: |  |  |
| Net loss | $ (6,927,652) | $ (4,787,637) |
| Adjustments to reconcile net loss to net cash used in operating activities: |  |  |
| Amortization of contingent note payable and note discounts | 400,498 | 258,449 |
| Amortization of debt premiums | (284,061) | - |
| Depreciation and patent amortization | 47,035 | 160,083 |
| Allowance for doubtful accounts | 3,724 | (26,724) |
| Reserve for inventory | - | 185,938 |
| Loss on extinguishment of debt | 2,227,437 |  |
| Loss on settlement of debt and beneficial conversion granted | - | 1,058,262 |
| Adjustment to conversion price to induce conversion to equity | 258,328 | - |
| Change in fair value of derivative instruments | (1,439,082) | (932,624) |
| Derivative liabilities related to convertible notes | - | 1,723,269 |
| Incremental derivative liabilities | 958,065 | - |
| Warrants issued for release of collateral | 27,000 | - |
| Common stock issued for debt payment extensions | 357,320 | - |
| Stock based compensation | 2,583,209 | 1,095,814 |
| Contingent compensation payable | 15,886 | 25,000 |
| Changes in operating assets and liabilities: |  |  |
| Accounts receivable | (80,248) | (8,188) |
| Inventory and inventory deposit | (39,190) | 103,287 |
| Prepaid expenses and other assets | 12,950 | (20,477) |
| Accounts payable and accrued expenses | 383,790 | 281,054 |
| Accrued interest payable | 501,253 | 230,757 |
| Deferred revenue | (21,550) | - |
| Net cash used in operating activities | (1,015,288) | (653,737) |

(Continued on next page)

6

(Continued from previous page)

|  | 2011 | 2010 |
|---|---:|---:|
| **Cash flow used in investing activities:** | | |
| Purchase of fixed assets | (16,040) | (12,132) |
| Net cash used in investing activities | (16,040) | (12,132) |
| | | |
| **Cash flow from financing activities:** | | |
| Proceeds from promissory notes payable | 805,000 | - |
| Payments on promissory notes payable | (75,000) | (88,743) |
| Proceeds from related party advances and notes payable | - | 6,000 |
| Payment on related party notes payable | - | (5,000) |
| Proceeds from convertible promissory notes | 135,000 | 670,000 |
| Obligation to issue common stock | 15,000 | (5,000) |
| Proceeds from exercise of warrants | 22 | - |
| Proceeds from issuance of common stock and warrants | 155,000 | 78,200 |
| Net cash provided by financing activities | 1,035,022 | 655,457 |
| | | |
| Net increase (decrease) in cash | 3,694 | (10,412) |
| Cash and cash equivalents at beginning of period | 15,924 | 11,357 |
| Cash and cash equivalents at end of period | $ 19,618 | $ 945 |
| | | |
| **Supplemental disclosures:** | | |
| Cash paid for interest | $ 50,156 | $ 3,196 |
| Cash paid for income taxes | $ - | $ - |
| **Non-cash financing activities:** | | |
| Common stock issued upon cancellation of warrants | $ - | $ 68,000 |
| Conversion of convertible debentures to common stock | $ 338,500 | $ 125,000 |
| Captilization of accrued interest into new debt | $ 114,900 | $ - |
| Common stock issued for deferred financing fees | $ 117,589 | $ - |
| Common stock and warrants issued as debt discount | $ 150,327 | $ - |
| Common stock issued for trade payables | $ 259,800 | $ - |
| Common stock issued for interest | $ 173,721 | $ 8,550 |
| Cancellation of shares upon issuance of convertible notes | $ - | $ (200,000) |

*See accompanying Notes to Interim Condensed Consolidated Financial Statements.*

7

AMERICAN SCIENTIFIC RESOURCES, INCORPORATED
NOTES TO INTERIM CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
September 30, 2011

## 1. ORGANIZATION

American Scientific Resources, Incorporated, a Nevada corporation ("ASRI", together with its wholly-owned subsidiary, Kidz-Med, Inc., the "Company"), develops, manufactures, assembles, markets and distributes medical products sourced from around the globe. The Company distributes a leading line of medical and medicine delivery devices for children and sensitive adults, including a clinical non-contact thermometer (the VeraTemp® Non-Contact Thermometer) and a needle and lancet destruction device (the DisintegratorPlus®). Products are distributed primarily through leading retail drug and grocery chains, worldwide medical suppliers, the Company's website and other on-line sites. The Company's common stock is currently quoted on the OTCBB under the symbol "ASFX".

On February 11, 2011, the Company increased the number of shares of its authorized common stock from 2.5 billion to 5.0 billion. On March 21, 2011, the Company effected a 200-to-1 reverse split of its common stock, reducing the total amount of common stock issued and outstanding to 11,729,789 shares on that date. The Company has retroactively adjusted common share and per common share amounts for the effect of the reverse split. Unaudited, pro forma weighted average shares outstanding and net loss per share have been included on the face of the Company's statements of operations reflecting the post-split effect of the reverse stock split. Common share and per common share information in these financial statements has generally been presented on a split adjusted basis. On July 21, 2011, the Company reduced the amount of common shares authorized from 5.0 billion to 500 million.

## 2. GOING CONCERN

These financial statements have been prepared assuming that the Company will continue as a going concern. As of and for the nine months ended September 30, 2011, the Company had current liabilities that exceeded current assets by $6,111,788, has incurred a net loss of $6,927,652, and used $1,015,288 of cash in operating activities. As reported in the December 31, 2010 audited financial statements, the Company had current liabilities that exceeded current assets by $5,149,524 as of December 31, 2010, and had reported a net loss of $7,040,767 and used $896,346 of cash in operating activities for the year ended December 31, 2010. In addition, the Company remains in default with regard to payment of certain of its obligations. At September 30, 2011, the amount of principal outstanding on notes payable for which the Company was in default amounted to $2,209,377. Subsequent to September 30, 2011 and as of the date of these financial statements, additional notes payable entered into events of default raising the aggregate indebtedness in default to $2,734,116 as of the date of these financial statements. These conditions raise operating and liquidity concerns and substantial doubt about the Company's ability to continue as a going concern. The financial statements do not include any adjustments to reflect the possible future effects on the recoverability and classification of assets or the amounts and classification of liabilities that may result from the outcome of this uncertainty. The Company's continued existence is dependent upon its ability to successfully execute its business plan, secure additional sources of liquidity and obtain accommodating credit terms from vendors, note holders and other creditors. Should the Company be unable to renegotiate the terms and conditions on its debt obligations or is otherwise unable to pay its accounts payable when due, the Company may incur materially higher interest and other expenses, and the debt holders could foreclose on their collateral and commence legal action against the Company to recover amounts due which ultimately could require the disposition of some or all of the Company's assets. Any such action may require the Company to curtail or cease operations.

8

AMERICAN SCIENTIFIC RESOURCES, INCORPORATED
NOTES TO INTERIM CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
September 30, 2011

Operations have been funded primarily by issuances of debt secured by trade receivables and inventory, convertible debt, issuances of the Company's securities and revenue generated from sales of the Company's products. Current and future operations are expected to be funded from sales of the Company's products and new investments. To the extent that any excess cash is generated from operations, it has been, and will continue to be, used for the payment of debt and other trade obligations. Management believes that, based on the anticipated level of sales, and continued support through reasonable and accommodating credit terms from vendors, debt holders and other creditors, the Company can continue operating in the short-term. Over the last three years, the Company used proceeds from debt financings and sales of shares of its common stock to develop and distribute the Company's VeraTemp® Non-Contact Thermometer and the DisintegratorPlus®. Proceeds from any future sales of the Company's securities are also expected to be used primarily for product development, distribution and operating expenses. During the nine months ended September 30, 2011, the Company secured $785,000 of new financings secured by trade receivables and inventory, $155,000 of unsecured financing and $155,000 from sales of its common stock and warrants. The Company may continue to offer its securities as payment for services and other obligations.

3. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Interim reporting and basis of presentation.* While the information presented in the accompanying interim condensed consolidated financial statements is unaudited, these financial statements include all adjustments, which are, in the opinion of management, necessary to present fairly the financial position, results of operations and cash flows for the interim periods presented in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). All adjustments in these interim financial statements are of a normal, recurring nature. Interim financial statements and the notes thereto do not contain all of the disclosures normally found in year-end audited financial statements, and these Notes to Interim Condensed Consolidated Financial Statements are abbreviated and contain only certain disclosures related to the nine month period ended September 30, 2011. It is suggested that these interim financial statements be read in conjunction with the Company's year-end audited December 31, 2010, financial statements. Operating results for the nine months ended September 30, 2011, are not necessarily indicative of the results that can be expected for the year ending December 31, 2011.

*Principles of consolidation.* Effective January 1, 2011, the Company closed the accounts of Kidz-Med, Inc. and made the subsidiary inactive. The parent company, ASRI, will continue to develop products using the Kidz-Med brand name. The accompanying consolidated financial statements include the accounts of ASRI, and as of and for the nine months ended September 30, 2010, its wholly-owned subsidiary, Kidz-Med, Inc. All significant inter-company transactions have been eliminated.

*Use of estimates.* The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements, and reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Revenue recognition.* The Company sells or consigns its products on a wholesale basis to retailers and medical suppliers, and on a retail basis, direct to customers usually via the internet. The Company recognizes revenues in accordance with the guidance in the U.S. Securities and Exchange Commission ("SEC") Staff Accounting Bulletin No. 104. Accordingly, revenue is recognized when persuasive evidence of a sales arrangement exists, when the selling price is fixed or determinable, when shipment or delivery occurs, ownership has transferred, and when collection is probable. For wholesale sales, the Company generally negotiates an agreement that covers quantities, delivery, title transfer, pricing, warranties, returns and other terms, which dictate revenue recognition. Revenue from internet sales is recognized upon shipment of the product to the customer. All sales are made at a quoted, fixed price determined prior to completion of the sale.

The Company provides a one year limited warranty on most of its retail product sales. Specific warranty and right of return arrangements are negotiated with wholesalers. Revenues in the consolidated statement of operations are shown net of any discounts and actual returns of product. In the Company's experience, returns for malfunctioning product resulting in warranty claims generally have been insignificant, and as such, no provision for warranty claims is provided in these consolidated financial statements. Returns of merchantable product are reversed from revenue and returned to inventory for re-sale upon the Company's receipt of the product. During the nine months ended September 30, 2011, as a result of the court ordered recall for re-packaging (see Note 11 – Commitments and Contingencies – Litigation), the Company reversed $84,208 from revenue.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the above date. I further certify that a copy has been mailed by first class mail to:

American Scientific Resources, Inc.
Kidz-Med Inc.
c/o Christopher F. Tirotta
1112 Weston Road, Unit 278
Weston, FL 33326

                                                      Richard C. Yeskoo

3